AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:19-cv-02380    **DATE FILED** 3/17/2019 | United States District Court<br>Southern District of New York |

| PLAINTIFF<br><br>Malibu Media, LLC | DEFENDANT<br><br>John Doe, subscriber assigned IP address:<br>72.69.170.18 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | See Attached | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br><br>Ruby J. Krajick | (BY) DEPUTY CLERK<br><br>/S/ S. James | DATE<br><br>3/18/2019 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 72.69.170.18**

**ISP:** Verizon Internet Services
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| The Morning After | PA0002130448 | 06/29/2018 | 07/03/2018 | 01/26/2019 |
| Cum In For An Orgy | PA0002139295 | 08/11/2018 | 08/27/2018 | 01/26/2019 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 01/26/2019 |
| Fashion Show Fucking | PA0002149328 | 01/04/2019 | 01/07/2019 | 01/26/2019 |
| 18 Year Old Models First Time Threesome | PA0002139384 | 09/30/2018 | 10/09/2018 | 01/26/2019 |
| Workout and Stunning Hot Sex | PA0002154476 | 01/20/2019 | 01/24/2019 | 01/26/2019 |
| Surprise Sex For Three | PA0002140492 | 09/21/2018 | 09/24/2018 | 11/15/2018 |
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 11/15/2018 |
| Hot Office Sex | PA0002139293 | 08/08/2018 | 08/27/2018 | 11/15/2018 |
| Summertime Sex | PA0002128253 | 07/13/2018 | 07/17/2018 | 11/15/2018 |
| Sex And Fashion A Threeway Project | PA0002140373 | 08/27/2018 | 09/24/2018 | 11/15/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  11**

EXHIBIT B

SNY527