

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MALIBU MEDIA, LLC,

          Plaintiff,

    v.

ETHAN AGARWAL,

          Defendant.
-----------------------------------------------------------X

Civil Action No. 1:19-cv-02380-DAB

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
          S.S.
COUNTY OF NEW YORK)

        **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 25th day of November, 2019, at approximately the time of 1:16 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT—ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, AND NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** upon **ETHAN AGARWAL** at 655 Avenue of the Americas, Apt. 3E, New York, NY 10010, by personally delivering and leaving the same with **RAINA GAJJAR**, a person of suitable age and discretion, wife, at that address, the actual place of residence. At the time of service, deponent asked **RAINA GAJJAR** whether **ETHAN AGARWAL** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **RAINA GAJJAR** is an Indian female, approximately 35 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 125 pounds with black hair and brown eyes.

        That on the 26th day of November, 2019, deponent served another copy of the foregoing upon **ETHAN AGARWAL** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**ETHAN AGARWAL**
655 AVENUE OF THE AMERICAS
APT. 3E
NEW YORK, NY 10010

**NELSON CARVAJAL, #2067766**

Sworn to before me this
27th day of November, 2019

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com