```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MALIBU MEDIA, LLC,

                Plaintiff,

-against-

ETHAN AGARWAL,

                Defendant.
--------------------------------------------------------X

19-CV-2380 (KMW)

**ORDER OF DISMISSAL**

KIMBA M. WOOD, United States District Judge:

    The parties have advised the Court that they have reached a settlement agreement. The above-captioned action is hereby dismissed and discontinued without costs. The dismissal is without prejudice to the right to reopen the action within thirty (30) days from the date of this Order if the settlement is not consummated. Any pending motions are moot.

    SO ORDERED.

Dated: New York, New York
       June 12, 2020

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                              United States District Judge